# REISS EISENPRESS LLP

ATTORNEYS AT LAW

425 MADISON AVENUE

NEW YORK, NEW YORK 10017-1110

TELEPHONE (212) 753-2424

FAX (212) 753-3829

mail@reisseisen.com

HOWARD R. REISS
SHERRI L. EISENPRESS
MATTHEW SHEPPE
———
AUDREY E. WEINBERGER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

June 9, 2008

JUN 9 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

**VIA FACSIMILE**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

Re:    Alston v. Caraco Pharmaceutical Laboratories, et al. (08 cv 2826) (RWS)

Dear Judge Koeltl:

We represent defendant Caraco Pharmaceuticals Laboratories ("Caraco") in the above-referenced action and write to request an extension of time to answer or otherwise move in response to Plaintiff's complaint. The case is currently pending before the Hon. Robert W. Sweet and we are writing to Your Honor as the Part 1 Judge at the suggestion of Judge Sweet's chambers as Judge Sweet is away until Wednesday and Caraco's response is due tomorrow.

Plaintiff, Ronald Alston, filed this pro se petition against Caraco on or about March 18, 2008. The U.S. Marshal's Service served the complaint on Caraco by mail on May 21, 2008 making Caraco's response due tomorrow. However, the Complaint was not received by Caraco until on or about May 30, 2008 and Caraco needs more time to review the facts and claims alleged before it can properly respond to Plaintiff's complaint. Because Plaintiff is a prisoner, currently incarcerated in Great Meadow correctional facility, we are unable to contact him in sufficient time to get his consent to this request.

Accordingly, we respectfully request the Court grant Caraco an additional two weeks, until June 24, 2008, to answer or otherwise move in response to Plaintiff's complaint.

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
Part I

6/9/08

Respectfully yours,
REISS EISENPRESS LLP

By: _____
    Matthew Sheppe

cc:    Plaintiff Ronald Alston (by mail)