United States District Courts
Southern District of New York JUDGE SWEET

Ronald Alston
               Plaintiff,

08 CV 2826

Application
for the
Appointment
of Counsel
Pursuant to
42 U.S.C. §1915

-against-

Caraco Pharmaceutical Lab-
oratories and Ortho-Mc-
Neil Pharmaceutical, Inc.
               Defendant's

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

Plaintiff Ronald Alston pursuant to 42
USC §1915 requests this Court to appoint
counsel to represent him in this case for
following reasons:

        1. Plaintiff is not able to afford
counsel.

        2. The issues involved in this ca
se are complex.

        3. Plaintiff is currently in the Spe-
cial housing Unit (The Box) at SouthPort
Corr. Fac.

Motion
denied
with leave
to renew
granted
upon any
disposition
action.
SooorderedM