

United States District Courts
Southern District of New York

Ronald Alston
            Plaintiff

    -Agianst-

Caraco Pharmaceutical Laboratories and Ortho-McNeil Pharmaceutical, Inc.
            Defendants

Application For the Appointment of Counsel Pursuant to 42 U.S.C §1915

08-CIV-2826 (RWS)

Plaintiff Ronald Alston pursuant to 42 U.S.C. §1915 Requests this court to appoint counsel to represent him in this case for the following Reasons:

1. Plaintiff is not able to afford Counsel.

2. The issues involved in this case are complexed.

3. Plaintiff is currently incarcerated at Great Meadows Corr. Fac. a displinary Maxium A Security Facility.

4. Plaintiff has a very limited Knowledge of the issues and the law pertaining to them.